OJS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Carl Blackburn, Jr. and Cindy Blackburn

**DEFENDANTS**
Warren CAT

**06CV  419 CVE-FHM**

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jim Frazier

Attorneys (If Known)
F. Jason Goodnight
Feldman, Franden, Woodard, Farris & Boudreaux
525 S. Main, Ste. 1000
Tulsa, OK 74103

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- G 1  U.S. Government Plaintiff
- G 2  U.S. Government Defendant
- G 3  Federal Question (U.S. Government Not a Party)
- G 4  Diversity (Indicate Citizenship of Parties in Item III) ✓

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 ✓ | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 ✓ | Incorporated and Principal Place of Business In Another State | G 5 | G 5 ✓ |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| G 110 Insurance | PERSONAL INJURY | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane | G 620 Other Food & Drug | G 423 Withdrawal 28 USC 157 | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability | G 625 Drug Related Seizure of Property 21 USC 881 | | G 430 Banks and Banking |
| G 140 Negotiable Instrument | PERSONAL INJURY | | | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 362 Personal Injury — Med. Malpractice | G 630 Liquor Laws | PROPERTY RIGHTS | G 460 Deportation |
| G 151 Medicare Act | G 365 Personal Injury — Product Liability ✓ | G 640 R.R. & Truck | G 820 Copyrights | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 320 Assault, Libel & Slander | G 650 Airline Regs. | G 830 Patent | G 480 Consumer Credit |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 368 Asbestos Personal Injury Product Liability | G 660 Occupational Safety/Health | G 840 Trademark | G 490 Cable/Sat TV |
| G 160 Stockholders' Suits | G 330 Federal Employers' Liability | G 690 Other | | G 810 Selective Service |
| G 190 Other Contract | G 340 Marine | | | G 850 Securities/Commodities Exchange |
| G 195 Contract Product Liability | G 345 Marine Product Liability | LABOR | SOCIAL SECURITY | G 875 Customer Challenge 12 USC 3410 |
| REAL PROPERTY | G 350 Motor Vehicle | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 890 Other Statutory Actions |
| G 210 Land Condemnation | G 355 Motor Vehicle Product Liability | G 720 Labor/Mgmt Relations | G 862 Black Lung (923) | G 891 Agricultural Acts |
| G 220 Foreclosure | G 360 Other Personal | PERSONAL PROPERTY | G 863 DIWC/DIWW (405(g)) | G 892 Economic Stabilization Act |
| G 230 Rent Lease & Ejectment | CIVIL RIGHTS | G 370 Other Fraud | G 864 SSID Title XVI | G 893 Environmental Matters |
| G 240 Torts to Land | G 441 Voting | G 371 Truth in Lending | G 865 RSI (405(g)) | G 894 Energy Allocation Act |
| G 245 Tort Product Liability | G 442 Employment | G 380 Other Personal Property Damage | FEDERAL TAX SUITS | G 895 Freedom of Information Act |
| G 290 All Other Real Property | G 443 Housing/Accommodations | G 385 Property Damage Product Liability | G 870 Taxes (U.S. Plaintiff | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| | G 444 Welfare | PRISONER PETITIONS | G 871 IRS—Third Party 26 USC 7609 | G 950 Constitutionality of State Statutes |
| | G 445 Amer. w/ Disabilities Employment | G 510 Motions to Vacate Sentence | G 730 Labor/Mgmt Reporting & Disclosure Act | |
| | G 446 Amer. w/ Disabilities - Other | Habeas Corpus: | G 740 Railway Labor Act | |
| | G 440 Other Civil Rights | G 530 General | G 790 Other Labor Litigation | |
| | | G 535 Death Penalty | G 791 Empl. Ret. Inc. Security Act | |
| | | G 540 Mandamus & Other | | |
| | | G 550 Civil Rights | | |
| | | G 555 Prison Condition | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- G 1 Original Proceeding
- G 2 Removed from State Court ✓
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**   G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: G Yes  G No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE   DOCKET NUMBER

DATE   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE